AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
MAY 08 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>Isaac Alexander MEDRANO<br>YOB: 2000 USC<br><br>Defendant(s) | )<br>)<br>)  Case No. M-20-0954-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 7, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Did Knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixtue or substance containing a detectable amount of mehtamphetamine, to wit: approximately 271 grams, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☒ Continued on the attached sheet.

Approved AUSA Laura Garcia

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

Date: __05/08/2020 - 7:75 a.m.__

City and state: __McAllen, TX__

/s/ Quintin R Moses
*Complainant's signature*

Quintin R Moses, HSI Special Agent
*Printed name and title*

[signature]
*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On May 7, 2020, in Pharr, Texas, a Pharr Police Department Patrol Officer conducted a probable cause traffic stop on a vehicle driven by Isaac Alexander MEDRANO. MEDRANO was the driver and sole occupant of the vehicle.

During the traffic encounter, MEDRANO admitted to being in possession of a pipe used to smoke synthetic marijuana then provided the pipe to the Officer. The Officer observed in plain view a plastic bag with a crystalline substance placed on the backseat of the vehicle. The Officer conducted a probable cause search of the vehicle and seized the crystalline substance. The crystalline substance field tested positive for the properties of methamphetamine, a schedule II controlled substance, which weighed approximately 271 grams. The Officer additionally seized multiple individual plastic baggies and a digital scale from within the vehicle.

Homeland Security Investigations Special Agent Moses interviewed MEDRANO. MEDRANO stated he was in possession of the methamphetamine, digital scale, and individual plastic baggies. MEDRANO stated he was to be paid for the transportation and distribution of the methamphetamine.